## ATTACHMENT E

## **DISCLOSURE CERTIFICATION**

To: United States Department of Justice
Criminal Division, Money Laundering and Asset Recovery Section
Attention: Chief, Bank Integrity Unit

United States Attorney's Office
District of New Jersey
Attention: U.S. Attorney

Re: Plea Agreement Disclosure Certification

The undersigned certify, pursuant to Paragraph 11 of the Plea Agreements ("Agreements") filed on October 10, 2024 in the United States District Court for the District of New Jersey, by and between the United States Department of Justice, Criminal Division, Money Laundering and Asset Recovery Section ("MLARS") and the United States Attorney's Office for the District of New Jersey ("the USAO-DNJ") (collectively the "Offices") and TD BANK, N.A. ("TDBNA") and TD BANK US HOLDING COMPANY ("TDBUSH") (collectively, the "Defendants"), that undersigned are aware of the Defendants' disclosure obligations under Paragraph 11 of the Agreements and that, to the best of the undersigned's knowledge and belief (including belief based on representations from others), the Defendants have complied with their disclosure obligations, as described in Paragraph 11 of the Agreements, which includes disclosure of evidence or allegations of conduct by the Defendants, their affiliates, or their employees that may constitute a violation of federal criminal law ("Disclosable Information"). This obligation to disclose information extends to any and all Disclosable Information that has been identified through the Defendants' anti-money laundering compliance program, sanctions compliance program, whistleblower channel, internal audit reports, due diligence procedures, investigative processes, or other systems and processes. The undersigned further acknowledge and agree that the reporting

requirement contained in Paragraph 11 and the representations contained in this Certification constitute a significant and important component of the Agreements and the Offices' determination of whether the Defendants have satisfied their obligations under the Agreements.

The undersigned hereby certify that they are respectively the Chief Executive Officer and BSA Officer of the Defendants and the Chief Executive Officer and Chief Anti-Money Laundering ("AML") Officer of TDBNA, TDBUSH, and the Toronto-Dominion Bank, d/b/a "TD Bank Group," and that each has been duly authorized by the Defendants to sign this Certification on behalf of the Defendants.

This Certification shall constitute a material statement and representation by the undersigned and by, on behalf of, and for the benefit of, the TDBNA, TDBUSH, and TD Bank Group to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation shall be deemed to have been made in the District of New Jersey. This Certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519, and such record, document, or tangible object shall be deemed to have been made in the District of New Jersey.

By: _____  Dated: _____
[Chief Executive Officer]
TD BANK, N.A.
TD BANK US HOLDING COMPANY


By: _____  Dated: _____
[BSA Officer]
TD BANK, N.A.
TD BANK US HOLDING COMPANY

By: _____          Dated: _____
    [Chief Executive Officer]
    Toronto-Dominion Bank
    d/b/a/ "TD Bank Group"


By: _____          Dated: _____
    [Chief AML Officer]
    Toronto-Dominion Bank
    d/b/a/ "TD Bank Group"